

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00538-CR

———————————————

DAVID ALFORD, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. F16-2926-16

---

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant David Alford attempts to appeal an April 2018 conviction and sentence. Because we have no jurisdiction, we dismiss this appeal.

In trial court cause number F16-2926-16, Appellant pled guilty to unauthorized use of a vehicle, a state jail felony, in exchange for credit for time served and a jail sentence instead of confinement in the state jail division. *See* Tex. Penal Code Ann. §§ 12.35(a), 12.44(a), 31.07. The trial court convicted and sentenced Appellant on April 4, 2018, and Appellant did not file a motion for new trial. Accordingly, Appellant's notice of appeal was due by May 4, 2018, but he did not file it until December 10, 2018. *See* Tex. R. App. P. 26.2(a) (providing that a notice of appeal must be filed within thirty days of sentencing absent a timely motion for new trial). Appellant's notice of appeal was therefore filed approximately seven months too late. *See id.*

We informed Appellant by letter of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely filed. *See* Tex. R. App. P. 26.2(a). We stated that the appeal would be subject to dismissal absent a response showing grounds for continuing it. Appellant responded, but his response does not show a ground for continuing the appeal.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction over an appeal. *See* Tex. R. App. P. 26.2. The Texas Court of Criminal Appeals has expressly held that without a timely filed notice of

2

appeal, we cannot exercise jurisdiction over an appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Because Appellant filed his pro se notice of appeal too late, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  February 14, 2019